# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RYLAND SHATTUCK,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 18-cv-1507 |
| **HARMON HEATING AND AIR CONDITIONING, LLC, ET AL.,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 16th day of July, 2019, upon consideration of Plaintiff's Motion for Attorney's Fees and Costs (ECF No. 12), and the responses and replies thereto (ECF Nos. 13, 19) it is hereby **ORDERED** that the Motion is **GRANTED IN PART** for the reasons stated in the accompanying Memorandum Opinion, and Plaintiff is awarded attorneys' fees in the amount of $28,695.00 and litigation costs in the amount of $421.88. These amounts will be paid directly to Plaintiff's counsel, Karen Eichman, Esquire, and sent to her business address.

                        **BY THE COURT:**

                        */s/ Mitchell S. Goldberg*

                        **MITCHELL S. GOLDBERG, J.**